Certificate Number: 15517-CAC-DE-022568586

Bankruptcy Case Number: 09-26711



15517-CAC-DE-022568586

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2014, at 9:05 o'clock AM MST, ROBERT A PLEMMONS completed a course on personal financial management given by internet by ! Always Lowest  Price! Bankruptcy Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   January 10, 2014                By:   /s/Katie Powers

                                        Name: Katie Powers

                                        Title: Customer Care and Certificate Specialist